Date: 04-22-22

Dear Honorable Matthew J. Kacsmaryk,

I am writing this letter to request leniency in the sentencing of my brother, Grant Glover.

I have known Grant for my entire life as I am his twin sister. He and I are both aware of the gravity of the charges. However, it is still hard for me to wrap my head around. This is not the brother or man I know, and I would like to give you a perspective that shows that there is more to Grant then the actions you know through this case. Grant's actions, while inexcusable, do not represent the man or brother that he truly is.

My brother, Grant Glover, has always been there for my family and me. He has always been willing to lend a helping hand with everything from studying for a test to being there to talk about how my day went. I have always found him highly kind, dependable, well regarded among his peers, courteous, and a positive role model to his children, family, and friends. I honestly do not think I would have made it this far without him, as he is my best friend.

Grant is a person of good moral character. I realize that may be hard to believe, given the circumstances, but it is true, nonetheless. Grant has made mistakes and is incredibly remorseful, and I would like to plead for leniency.

I sincerely hope you consider this character reference letter before passing on any verdict. Grant will strive to make amends, and I am confident we will get to see his good deeds upon his release.


Best Regards,

Graneshia Glover

EXHIBIT

**B**