Brittany Terrell
4040 SW 22nd Street
West Park, Fl 33023

April 21st, 2022

Re: Grant Glover

To: The Honorable Judge Matthew J. Kacsmaryk

I have known Grant Glover as a classmate, good friend, and neighbor for over fifteen years. I was saddened by the news that Grant was in this situation because I know him to be a good and hard-working father, relative, and friend. He is a person of moral character, despite the transgressions that led us all to this point.

Grant and I met in college where he was a star football player. I came to the school and lived on campus in the same dorm but didn't know anyone. Grant made it his duty to take on a "Big Brother" role in my life. He made sure to check on me daily, whether it was regarding my whereabouts or just to simply make sure I was staying on top of my academics. He was always willing to help me in any way that he could.  Going into my second year of college I was in a bad car accident. Grant did not have a vehicle of his own on the campus but would somehow gather another teammate/friend to take the ride to Miami so that I could get to and from home when needed. That's the kind of friend he was and still is. A person willing to go to great lengths to help others. Everyone wanted to be around him not, because of who he was, but how he made them feel. He would move mountains for anyone he loved and he has truly been a good friend over the years.

 I was surprised to hear of the misconduct, however, it came as no surprise that he wants to accept responsibility for his actions. I know he has expressed a great deal of remorse for his behavior, and I believe in his ability to pay his debt to society. It is my sincere hope the court considers this letter at the time of sentencing. Despite the current case, I know Grant is still the same loving, encouraging, caring friend that became more like family fifteen years ago.

Sincerely,

*Brittany Terrell*

EXHIBIT C