Dear Judge Kacsmaryk,

I hope this letter finds you well my. My name is Paul Muse and the purpose behind this letter is in order to give you an idea of the person that Grant Glover is aside from what you may have heard in your court room. I have known Grant for over 15 years as I met him as a college freshman at Florida Atlantic University. Grant and I were teammates on the football team where he was a hard-working walk on just trying to earn a place on the team and field. As an older player by a couple of years, Grant gravitated towards me as such of a little brother. We have maintained a relatively close relationship throughout the years after college checking in on one another regularly. Post college graduation as most of us former athletes did, Grant struggled in is initial attempts to navigate his way through young adult life. Due to personal decisions, actions and consequences the circumstances Grant was then put up against became all the more tougher. Regardless of what his past may say on paper, I know Grant to be a charismatic, hard working and loving individual , who only wants to provide for his children to the best of his abilities. He has always had lofty dreams and goals which fuels his desire to work hard at whatever it is he does and to achieve more than expected.

I can think back to a time immediately after college, in which Grant was slightly more established than I. I had found myself at one of if not the lowest point in life and my greatest time of need, the only person that lent any sort of help in that time was him. That is an action that is typical of Grant and that I also hold near and dear to my heart.

Just as he was for me in that moment, I will always be there for him throughout his trials and tribulations. I would like to think of myself as a positive influence in his life and will be there to assist in any way with his resurgence back in to society once released.

I am aware of of Grant's life choices as well as what he is charged with which landed him in your court room. I am also aware that Grant has little to no ties to the state of Texas and simply
engaged with the wrong individuals which now has put him in this current situation.

I do pray for leniency in sentencing as again I do know Grant the person and also know that he has had no malicious intent behind anything he has ever done.

Thank you for your time

Paul B Muse

EXHIBIT D