Dear Judge Kacsmaryk,

It is a genuine honor to write this letter in favor of Mr. Grant L Glover. Him & I have been great friends for about 3 years now and in that time we have truly become the closest of friends.

Grant is truly one of the kindest, most genuine people I know. He always encourages those around him to be the greatest version of themselves and to continue to walk in Faith and trust that God is always working in their favor. I've never been around Grant and not left feeling refreshed and loved. His love for people is what makes me believe that there are really still good people in this world. Whenever I would feel down, I knew I could always count on Grant to be there for me to lift my spirits and just make me feel like everything really was going to be okay. There's certain people who just have the light and love to fill a room and Grant is definitely one of those people, you can feel it.

I am aware of the charges that Grant is facing but I also know that in life, things happen and we all make mistakes. We were not given a guide on how to do this thing called "Life" so we all really just do the best we can with what we are given. Our mistakes do not define us though, they are simply lessons that ultimately teach us growth, forgiveness and gratitude to continue to move forward and look at each day as a fresh new start. We all deserve to feel like we can make mistakes and still be loved, still be given a chance and still be considered a person and not your mistake. We all grow in our own ways and we all come from different paths of life but I think the most beautiful part about it all is that we get to share it with each other.

Regardless of all, Grant has my unwavering love and support throughout all this. He has loved me at my best and my worst and I can only hope to reciprocate that right back in full. This is something that will last a lifetime and I am so honored to be able to experience his friendship in this lifetime.

With all that being said, I appreciate you taking the time to read just a little bit of how much Grant means to me and how badly he is needed with us.

With love and gratitude,
Viv


EXHIBIT E