Re: United States of America v. Grant L. Glover Case No.: 21-cr-00045

Dear Honorable Matthew J. Kacsmaryk,

Grant Glover is a good friend and client of mine for a few years. Grant reached out to me to cater a small party for him back in 2020. When I first met him, he was having a small dinner party for his friends and family. I could immediately see how loving and caring he was to all of the people around him. He took care of everyone. Unlike so many of my clients he helped to make my job easier. He was eager to provide anything that I needed from carrying all of my cooking equipment inside to tipping me very well. He made sure everyone around was comfortable and happy. One thing that I noticed about him the first time I catered one of his gatherings was that he would make sure everyone around him ate before him. That is very rare in my business especially for the person who is paying for my services and goes to show his nature to put others first. He continued to book me and support my business after that initial booking. Every time I was around him, he showed the same level of respect and care for everyone around him. He celebrated everyone around him regularly. After knowing Grant for about 6 months, we were speaking one day on the phone, and he asked me what I do with all of the leftover food from my events. I explained to Grant that most times I throw the food away. He suggested that I give the leftover food to the homeless and offered to help me so that I am not alone as he was always looking to protect the women around him even though at the time, I was only his Chef. From then on, Grant and I would donate food to the homeless whenever we had a chance. As time went on Grant and I became closer as friends, and I can truly say that he is one of the kindest caring men I have ever known. I witnessed his efforts to stay close with his children and make sure they and their mothers were taken care of even when he couldn't make his way to visit them on the other side of the country. On his birthday last year, I wanted to do something special for him. His cousin and I tried to plan a surprise party for him. We often discussed how he always takes care of everyone else and never does anything for himself. It was important to us that he had at least his birthday to be showered with the same love that he showed everyone else around him. Grant learned of this party and refused to allow it as he never wanted the attention on him and certainly didn't want us to spend any money on his behalf. Grant truly showed me what a real man is in every way. When I learned of Grnt's arrest I thought to myself that a man like him surely did not deserve to be in jail as he had such a positive impact on everyone around him. I learned of his dreams and passions and saw that there was not an evil bone in his body. My father is an LAPD officer who raised me to be the best judge of character. I know in my heart that Grant is an amazing person, and we would be missing a beautiful soul in the free world without him.

Warm Regards,

Alanna Fredieu-Porche

EXHIBIT F