April 21, 2022

To the Honorable Judge Matthew J. Kacsmaryk,

My name is Benita and I have had the pleasure of being friends with the defendant, Grant Glover, for over two years now and in that short amount of time he has inspired me more than anyone in my life. He is known for being inspiring and supportive, always helping others improve their situations, providing help in any way he can, and always wanting what is best for everyone. Grant is in a very unfortunate situation right now and has spent the past year reflecting on some of the choices he has made in his life. Grant is disappointed in himself and regrets letting everyone down. Mostly he regrets letting down his children who are the most important people in his life. I know how much Grant adores his kids and how much they adore him. He is an amazing father with so much love for them. I know the time they've spent away from each other has been extremely hard on all of them. All of this has had an affect on his mental and emotional health. Grant has always been a calm, reserved, polite and respectful man. Grant is just an all around good person. I believe an extended term of imprisonment would be a detriment to society considering his ability to bring positivity, inspiration and hope to all those he comes in contact with. I am very blessed to have him in my life and a lot of people share that feeling. As things move forward please take into consideration that locking Grant away would not just negatively affect his life but the lives of the many people that love him, the lives of the people that would miss out on the impact he could have on them and the lives of his children. Thank you for your time.

Sincerely yours,

Benita Luna

EXHIBIT G