04/19/2022

To The Honorable Matthew J Kacsmaryk
UNITED STATES DISTRICT JUDGE

My name is Carolyn Sanon and I am writing this letter for Grant Glover who has been my friend since 2017. Grant is a father of two beautiful kids; a son and daughter. He is a loving father to them and always provides for them even though both his children live in other states. As a friend, Grant would call me periodically just to ask me if I'm ok and how my daughter are doing. Grant would come to Miami often to see his kids or pick them up to spend time with him in California. Both his children are under 10 and these are vital times in their life that they need their father.

Your Honor please give my friend grace at this difficult time. He is a very good-hearted person. I have seen him give to people around him to help them in their life. I knew something happened to Grant because he always keeps in touch and when I noticed he never called or texted me I looked for him.

Grant is a people person any time we go anywhere everyone loves him. He will hold a great conversation with anyone and build a friendship out of that. Grant has a charismatic personality and a very calming demeanor. I would vouch for him any day. He doesn't deserve this for his life; I'm praying for him a second chance to be the best him.

Thank You For Your Time,

Carolyn Aimy Sanon



EXHIBIT
H