Dear, Honorable Matthew J. Kacsmaryk:

My name is Jamal Darling, and I have had the pleasure of being Grant Glover's cousin. Grant is a very enthusiastic, humble person and has always found a way to bring joy to everyone he encounters. He's an amazing father and friend, and someone who I have known all my life. As my older cousin, he always was more of an older brother to me. Grant has always been supportive and positive regardless of any situation. I have seen him help so many people without expecting anything in return. Grant has always been a kind soul and willing to help anyone without hesitation. As he is a few years older than me, he was always a role model who I looked up to. When it came time to attend college, he helped me make the right choice after finishing high school. I can recall him always encouraging me to take chances and go after the things I want in life.

Grant always given me the best advice and stressed that if I want things to work in my favor, to do right by ALL, but don't expect others to dictate my future. He has been such a positive influence that encouraged me to concentrate on one thing at a time and once that's complete, move on to what is next on my goals list. It truly breaks my heart that such an amazing person in my life is going through something like this. As Grant's family, I vouch for him and will help support him to change. I want to show society that people can mature/change if given the opportunity, especially with a supportive village to aid in making him better in all the areas he needs help with. This is something not just for me but for the two most important people in his life - his kids who deserve to grow up with their father by their side. Grant is a person that made a mistake and if given the proper opportunity will do things the right way.

Sincerely,

Jamal D.

EXHIBIT I