April 18, 2022

To The Honorable Judge Matthew J. Kacsmaryk:

My name is Kashmire, and I have known Grant for over four years. Over this time, I have gotten to know Grant and become really good friends with him. Grant has always been a positive influence in my life. Being a single mother and having a friend to vent to has been beneficial for me. He has been there for me through some trying times when nobody else was there. Grant has always made it a point to have an open window for communication for me to feel safe about expressing myself to him. He has always given me great advice and helped when I needed it. Grant has always been optimistic, seeing the brighter side of every situation, no matter the outcome. It's very hard for me to imagine him in this situation and I could not even come to grasp of what he is going through. Grant has always talked about his children and the role he plays in their lives. Knowing how much he cares about them I know it has been very hard to deal with. Throughout my friendship with Grant, he has made it his business to be a great father for them and also a positive role model. He speaks very highly of his children and the things he wants for his and their futures.

I have and am going to continue to be there for Grant. I plan to continue to support him in the best ways that I can. It has been kind of difficult with everything going on and not being tangible but each day I strive to be more of a support system and be the friend I know he needs me to be. I appreciate you giving me the opportunity to help my friend.

Sincerely,

Kashmire Moore

**EXHIBIT J**