Dear Honorable Matthew J Kacsmaryk,

My name is Lauren Barnhill, and I've known Mr. Glover for about 7 years now. Grant and I have been through a lot of times together. I would consider Grant a very good friend of mine. Grant has been there for me when times in my life were very tough. I was struggling with depression and anxiety. During this time, he was there to guide me through it because he had been in my shoes before. Grant would take the shirt off of his back if it meant helping someone he cared about. I've never met such a selfless person in my life. Grant would call up my mother, who was struggling with cancer at the time, ask her if she needed anything, give her rides to doctors appointments, financial help, anything he could do.

I can say with the utmost confidence that society benefits greatly with him free. Grant is a one-of-a-kind man. He will go out of his way for anyone just see a smile or a type of relief on their face. Grant has always been there for me and my family . I'm writing this, Your Honor, to try to show you what type of man he is. He is truly and greatly missed on the outside world.

Sincerely yours,

Lauren Barnhill

EXHIBIT K