To Honorable Matthew J. Kacsmaryk

My name is Tracey Evans. I know Mr. Glover through my one of my sister's. I've known him for a while now, and he's been a big influence for me and my bakery business. He would give me ideas and recipes to produce, tell me how to promote the business, encourage me to think bigger, not to be afraid to take risks and get myself or items out there in the world. He also helped volunteer at my work's food bank by passing out food to the community or running pre-made boxes of food to the handicapped clients.

He's an awesome person and I really appreciate him. I see how good of a person he is when he's visiting with my sister and her children. The kids always light up when he comes around and before leaving, the children constantly ask him when the next time he will be coming back over. I see him as a family member. When we have functions or events Mr. Glover is always welcomed no excuses.

If I needed anything or needed to talk someone for their opinion, I would always consider him my go to. I believe and know that Mr. Glover will not commit more offenses upon release. My family and I are going to help and are here to support Mr. Glover through it all.

No one is perfect and we all make mistakes. I see the good in him. I know he can rise from these circumstances and walk in a better path for life. Thank you for taking the time to listen to me.

Tracey Evans
April 22, 2022

EXHIBIT
L